$178.54
376455

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

---

In re:
SCHANKE, KENNETH D.

d/b/a TROPICALSNO NEW ENGLAND

Debtor(s).

Case No. 09-33190 LMW

(CHAPTER 7)

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX     More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 12/21/10

ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

# EXHIBIT A

Case Name:    SCHANKE, KENNETH D.
Case Number:  09-33190

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS<br>AGENT, PO Box 71083<br>Charlotte, NC 28272-1083 | 2 | $12,225.35 | | $178.59 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 178.59 |